**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

JOSEPH FREDERICKSON, on behalf of
himself and of all other similarly situated,

  Plaintiffs,

v.

                          **Case No.: 1:26-cv-00878**

STRYKER CORPORATION,

  Defendant.

## <u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE that Leanna Loginov of the law firm of Shamis and Gentile,

P.A.. enters her appearance in this case as counsel for Plaintiff and requests that copies of all

pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the

above-styled cause be served upon said counsel.

Dated: March 19, 2026

                          Respectfully Submitted,

                          */s/ Leanna  Loginov*
                          **SHAMIS & GENTILE, P.A.**
                          Leanna Loginov, Esq.
                          Lloginov@shamisgentile.com
                          14 NE 1st Avenue, Suite 705
                          Miami, FL 33132
                          Telephone: 305-479-2299

                          *Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

/s/ *Leanna Loginov*

Leanna Loginov