UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM MESMER,

      Plaintiff,

                            Case No. 1:26-cv-832

v.

                            Hon. Hala Y. Jarbou

STRYKER CORPORATION,

      Defendant.
_____/

DAX DODGE,

      Plaintiff,

                            Case No. 1:26-cv-857

v.

                            Hon. Hala Y. Jarbou

STRYKER CORPORATION,

      Defendant.
_____/

JOSEPH FREDRICKSON,

      Plaintiff,

                            Case No. 1:26-cv-878

v.

                            Hon. Hala Y. Jarbou

STRYKER CORPORATION,

      Defendant.
_____/

SCOTT MANGOLD,

      Plaintiff,

                            Case No. 1:26-cv-911

v.

                            Hon. Hala Y. Jarbou

STRYKER CORPORATION,

      Defendant.
_____/

MAURICE PRIMER,

     Plaintiff,

                                  Case No. 1:26-cv-1026

v.

                                  Hon. Hala Y. Jarbou

STRYKER CORPORATION,

     Defendant.

_____/

TRISTAN TANNER,

     Plaintiff,

                                  Case No. 1:26-cv-1064

v.

                                  Hon. Hala Y. Jarbou

STRYKER CORPORATION,

     Defendant.

_____/

## **ORDER**

The Court having reviewed Plaintiffs' unopposed motion to consolidate Cases and Appoint Interim Co-Lead Class Counsel (Case No. 1:26-cv-832, ECF No. 5),

**IT IS ORDERED** that the motion is **GRANTED**. Case Nos. 1:26-cv-832, 1:26-cv-878, 1:26-cv-911, 1:26-cv-857, 1:26-cv-1026, and 1:26-cv-1064 are **CONSOLIDATED** under Case No. 1:26-cv-832 and recaptioned as *In re Stryker Corporation Cyberattack Litigation*. All pleadings and documents in the consolidated action shall bear the new caption and list the case numbers for all the consolidated cases. All pleadings and documents shall be filed under Case No. 1:26-cv-832.

**IT IS FURTHER ORDERED** that Mark A. Cianci of Israel David LLC, Raina C. Borrelli of Strauss Borrelli PLLC, Leanna A. Loginov of Shamis & Gentile, P.A., and Grayson Wells of Stranch, Jennings, & Garvey, PLLC are appointed as Interim Co-Lead Class Counsel.

**IT IS FURTHER ORDERED** that a status conference is set for **April 27, 2026**, at **2:00 PM** before Magistrate Judge Phillip J. Green in Grand Rapids.

Dated: April 2, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE